# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERMAINE ANTHONY LYTLE,
                    Appellant,
                vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79443

FILED

SEP 1 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion for order of delivery of records at state expense." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Kathleen E. Delaney, District Judge
     Termaine Anthony Lytle
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

19-38515